UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cecilia Martin, | Civ. No. 09-1705 PAM/JJK |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Menard, Inc., | |
| Defendant. | |

Based upon the Stipulation for Dismissal with Prejudice (Docket No. 8) entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that any and all claims, including all cross-claims and counterclaims, in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>January 25</u> , 2010.

                                                           s/Paul A. Magnuson
                                                          Paul A. Magnuson
                                                          United States District Court Judge